**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| MOSES RANDOLPH, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:17-cv-02514-STV |
| ) | |
| v. ) | |
| ) | |
| ALLY FINANCIAL SERVICES, ) | |
| ) | |
| Defendant. ) | |

# CONSENT MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

COME NOW Plaintiff Moses Randolph, by counsel, and Defendant Ally Financial Inc., by counsel (collectively, the "Parties"), and by agreement of the Parties to this action, represent to the Court that the matters in controversy in this action will be submitted to binding arbitration pursuant to the arbitration clause of the Contract between the Parties.

Accordingly, the Parties respectfully request that this Court dismiss the action without prejudice. A proposed Consent Dismissal Order is attached hereto as Exhibit 1.

Respectfully submitted, this 8th day of January, 2018.

| Prepared and Consented to by:<br>TROUTMAN SANDERS, LLP | Consented to by:<br>KIMMEL & SILVERMAN, P.C. |
|---|---|
| */s/ Ethan G. Ostroff*<br>Ethan G. Ostroff<br>TROUTMAN SANDERS LLP<br>222 Central Park Avenue<br>Virginia Beach, Virginia 23462<br>Telephone: (757) 687-7541<br>Facsimile: (757) 687-1541<br>Email: ethan.ostroff@troutman.com<br>*Attorney for Defendant* | */s/ Joseph C. Hoeffel*<br>Joseph C. Hoeffel<br>Amy L. Bennecoff Ginsburg<br>KIMMEL & SILVERMAN, P.C.<br>30 East Butler Pike<br>Ambler, PA 19002<br>Phone: (215) 540-8888<br>Facsimile: (877) 788-2864<br>jhoeffel@creditlaw.com<br>aginsburg@creditlaw.com<br>*Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January, 2018, a true copy of the foregoing *Consent Motion to Dismiss Complaint without Prejudice* was filed with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing (NEF) upon the following counsel of record:

**Attorneys for Plaintiff:**

Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com

*/s/ Ethan G. Ostroff*